# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

NOV 2 1 2005

For The Northern Mariana Islands
By_____
          **(Deputy Clerk)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 01-00011-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **TERMINATION** |
| | ) | |
| WU, Qian aka "Queenie" | ) | |
| Defendant. | ) | |
| | ) | |

**Re:    Report and Order Terminating Term of Supervised Release**

On December 11, 2001, Ms. Wu was sentenced in the District Court of the Northern Mariana Islands for Conducting an Illegal Gambling Business, in violation of 18 U.S.C. § 1955, and Possession of an Unlawful Obtained Non-Immigrant Visa, in violation of 18 U.S.C. § 1546(a). She was ordered to serve 10 months imprisonment with three years of supervised release to follow. The conditions of her supervised release included: that she not possess a firearm, destructive device, or dangerous weapon; that she follow the standard conditions of supervised release; that she be delivered to a duly authorized immigration official and be immediately deported and remain outside the United States during her term on supervised release; that she obey all federal, state, and local laws; that she pay a fine of $30,000; that she obtain and maintain gainful employment; that she not incur any new credit charges or open additional lines of credit without the approval of the U.S. Probation Office; and that she provide the U.S. Probation Office access to any requested financial information. In addition, she was ordered to pay the costs of her incarceration and supervision.

On October 29, 2002, Ms. Wu was released from custody and commenced her term of supervised release. Upon release from imprisonment, she voluntarily departed the United States for China, due to deportation proceedings. She was subsequently authorized to enter the Northern Mariana Islands by the local government, and returned to Saipan on April 9, 2003. She has been under the supervision of the probation office since.

Ms. Wu has been compliant with her supervised release conditions, and of requests made by the probation office. On December 11, 2001, she paid the $200 special assessment fee, and on January 25, 2002, satisfied the $30,000 fine. On November 8, 2004, the Court removed Ms. Wu's employment condition due to her husband's (Jose Cabrera) medical condition, and she has been financially supported by him since. She has made monthly payments of $243.98 towards her costs of supervision, and has a balance of $1,219.90 of the $8,783.28 total cost. She has yet to begin making payments towards the cost of incarceration, which is a total amount of $18, 001.10, and has been referred to the Financial Litigation Unit of the U.S. Attorney's Office. Lastly, she submitted to DNA collection on August 11, 2005 as mandated by the Justice for All Act of 2004.

TERMINATION
Report and Order Terminating Term of Supervised Release
Re:    WU, Qian aka "Queenie"
USDC Cr. Cs. No. 01-00011-001
November 18, 2005
Page 2


Ms. Wu's supervised release expired on October 28, 2005. Therefore, it is recommended that she be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this _2 /ˢᵀ_ day of November 2005.


FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____

MELINDA N. BRUNSON
U.S. Probation Officer


Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader


*********************************************************************************************************

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Qian Wu aka "Queenie" be discharged from supervised release and that the proceeding in the case be terminated.

Dated this _2/ˢᵀ_ day of November 2005.


_____
Chief Judge
U.S. District Court
of the Northern Mariana Islands