**Cabrera_Q.3dep**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 01-00011 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF INTENTION TO TAKE |
| ) | THIRD PARTY ORAL DEPOSITION |
| QIAN WU aka "QUEENIE" ) | WITH SUBPOENA DUCES TECUM |
| nka QIAN W. CABRERA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

TO:   Jose Camacho Cabrera
      PMB XXX, Box XXXXX
      Saipan, MP 96950

Please take notice that the United States of America, the plaintiff and judgment creditor herein, will, on August 21, 2008, take third party oral deposition of Jose Camacho Cabrera, in the above referenced case pursuant to Rules 30 and 69(a) of the Federal Rules of Civil Procedure and in aid of collecting its judgment.

Said third party deposition will take place at the offices of the United States Attorney, 3rd Floor, Horiguchi Building, Garapan, Saipan, MP at 9:00 a.m. on August 21, 2008 and will continue until completed. Said deposition will be taken before a Certified Court Reporter and will be taken upon oral examination for the purpose of discovery or as evidence or both pursuant to the Federal Rules of Civil Procedure.

//

flu/mp

1  Notice is hereby further given that at this deposition, Jose Camacho Cabrera, is hereby
2  required to produce all documents described in the accompanying Schedule A.
3  DATED, this 24th day of July, 2008.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and the NMI

By:  /s Jessica F. Cruz
      JESSICA F. CRUZ
      Assistant U.S. Attorney
      Jessica.F.Cruz@usdoj.gov
      MIKEL W. SCHWAB
      Assistant U.S. Attorney
      mikel.schwab@usdoj.gov

SCHEDULE A TO NOTICE OF INTENT TO TAKE
THIRD PARTY ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

1. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where any sole proprietorship, partnership or corporation in which you are joint with Qian Wu aka "Queenie" nka Qian W. Cabrera and owns any interest.

2. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where you, joint with Qian Wu aka "Queenie" nka Qian W. Cabrera, have an account of any kind, including but not limited too, time certificate of deposits.

3. All trust agreements in which you, joint with Qian Wu aka "Queenie" nka Qian W. Cabrera, are named settlor, trustee, or beneficiary.

4. All deeds, leases, contracts, and other documents evidencing encumbrances of any kind on real property owned jointly with Qian Wu aka "Queenie" nka Qian W. Cabrera.

5. All deeds of trusts, mortgages, or other documents evidencing encumbrances of any kind on real property owned jointly with Qian Wu aka "Queenie" nka Qian W. Cabrera in which you, joint with Qian Wu aka "Queenie" nka Qian W. Cabrera, have any ownership interest.

6. A listing of all stock, bonds, or other securities of any class you own jointly with Qian Wu aka "Queenie" nka Qian W. Cabrera, including options to purchase any securities and the actual instruments if in your possession.

7. Current brokerage statements for the past twelve (12) months from any stock brokerage firm or similar entity where you, joint with Qian Wu aka "Queenie" nka Qian W. Cabrera, have an account of any kind.

8. Title to any motor vehicle jointly owned with Qian Wu aka "Queenie" nka Qian W. Cabrera.

9. All life insurance policies held by you in which Qian Wu aka "Queenie" nka Qian W. Cabrera is either the insured or the beneficiary.

10. All promissory notes held by you, and all other documents evidencing any money owed to you, jointly with Qian Wu aka "Queenie" nka Qian W. Cabrera, either now or in the future.

11. All deeds, titles, bills of sale, or other documents prepared in connection with any transfer of real or personal property made with you to Qian Wu aka "Queenie" nka Qian W. Cabrera or jointly with Qian Wu aka "Queenie" nka Qian W. Cabrera , either by gift, sale, or otherwise.

12. All documents evidencing any interest you have with Qian Wu aka "Queenie" nka Qian W. Cabrera in any pension plan, retirement fund, or profit sharing plan.

flu/mp